**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HATEKS HATAY TEKSTIL ISLETMELERI,

Plaintiff,

21 **CIVIL** 10548 (AKH)

-against-

**DEFAULT JUDGMENT**

UNIQUE BOUTIQUE HOME INC. and ONUR
UYANIK,
                          Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated April 28, 2022, Plaintiff's motion is granted. Judgment is entered in Plaintiff's favor in the amount of $840,000 plus pre-judgment interest calculated at the New York statutory rate of 9 percent per year and starting from December 3, 2021 to the date of entry of this judgment, in the amount of $30,447.12, as well as post-judgment interest calculated at the rate provided under 28 U.S.C. § 1961; accordingly, the case is closed.

**DATED**: New York, New York
         April 29, 2022

                          **RUBY J. KRAJICK**
                          _____
                          **Clerk of Court**

                    BY: _____
                          **Deputy Clerk**